| | |
|---|---|
| DelBello Donnellan Weingarten | *Presentment Date: August 19, 2014* |
| Wise & Wiederkehr, LLP | *Presentment Time: 12:00 p.m.* |
| *Proposed Counsel for the Debtor* | |
| One North Lexington Avenue | |
| White Plains, New York 10601 | |
| (914) 681-0200 | |
| Dawn Kirby Arnold, Esq. | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

SHIROKIA DEVELOPMENT LLC,                Chapter 11
                                         Case No. 14-12341
                    Debtor.
----------------------------------------------------------------X

### NOTICE OF PRESENTMENT OF DEBTOR'S MOTION FOR ORDER DIRECTING CLERK OF THE COURT TO TRANSER VENUE OF THE DEBTOR'S BANKRUPTCY CASE TO THE EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION <u>ON SHORTENED NOTICE</u>

**PLEASE TAKE NOTICE**, that upon the Motion (the "<u>Motion</u>") of Shirokia Development LLC, the above captioned Debtor and Debtor-in-Possession (the "<u>Debtor</u>"), by its attorneys, DelBello, Donnellan, Weingarten, Wise & Wiederkehr, LLP, the proposed Order Directing the Clerk of the Court to Transfer Venue of the Debtor's Bankruptcy Case to the Eastern District of New York, Brooklyn Division, annexed to the Motion will be presented for signature to the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 on the 19th day of August, 2014, at 12:00 p.m.

**PLEASE TAKE FURTHER NOTICE**, that objections to the relief requested must be in writing, filed with the Bankruptcy Court at the Court's website www.nysb.uscourts.gov (login and password required)(with a copy delivered directly to Chambers) before the presentment date and time.

**PLEASE TAKE FURTHER NOTICE,** that in the event that an objection is received, the Court will hold a hearing with respect to the Motion on the 19th day of August, 2014 at 3:00 p.m.

Dated: White Plains, New York
August 14, 2014

                                DELBELLO DONNELLAN WEINGARTEN
                                WISE & WIEDERKEHR, LLP
                                *Proposed Attorneys for the Debtor*
                                One North Lexington Avenue
                                White Plains, New York 10601
                                (914) 681-0200

                                By: */s/ Dawn Kirby. Arnold*
                                      Dawn Kirby Arnold

To:    Office of the U.S. Trustee
         First Insurance Funding Corp.
         Secured Creditors
         All Parties Filing Notices of Appearance