**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
In re:

SHIROKIA DEVELOPMENT LLC,                         Chapter 11
                                                  Case No. 14-12341
                Debtor.
----------------------------------------------------------------X

### ORDER SCHEDULING NOTICE OF PRESENTMENT ON SHORTENED NOTICE ON THE DEBTOR'S MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

**UPON** the motion of the above-captioned debtor and debtor-in-possession (the "Debtor"), by its attorneys, DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, and its request for an Order Scheduling Notice of Presentment on the Debtor's Motion for an Order Transferring Venue to the Eastern District of New York, Brooklyn Division (the "Motion"), and upon the Affidavit of Dawn Kirby Arnold, and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the proposed Order annexed to the Motion will be presented for signature to the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 on the 19th day of August, 2014, at 12:00 p.m.; and it is further

**ORDERED,** that the event that an objection is received, the Court will hold a hearing with respect to the Motion on the 19th day of August, 2014 at 3:00 p.m.; and it is further

**ORDERED**, that a copy of this Order Scheduling Hearing together with the Affidavit of Dawn Kirby Arnold and the Motion and Exhibits, thereto shall be served upon (i) the U.S. Trustee, (ii) the Debtor's Secured Creditors, (iii) counsel to any Committee, if one has been appointed and if not, to Debtor's twenty (20) largest Rule 1007(d) unsecured creditors, and (iv)

parties having filed a notice of appearance by facsimile, electronic mail, or overnight delivery on or before August 14, 2014, which shall be deemed good and sufficient service hereof; and it is further

**ORDERED,** that objections to the relief requested in the Motion must be in writing, stating with specificity the basis or bases on which such party in interest objects to the relief requested, filed with the Bankruptcy Court at the address stated above (with a copy to Chambers) on or before August 19, 2014 at 11 a.m.

Dated: August 14, 2014
       New York, New York

                                                  **/s/Martin Glenn**
                                                  MARTIN GLENN
                                      United States Bankruptcy Judge