DELBELLO DONNELLAN
WEINGARTEN WISE & WIEDERKEHR, LLP
Proposed Counsel for the Debtor
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Dawn Kirby Arnold, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

SHIROKIA DEVELOPMENT LLC,                     Chapter 11
                                              Case No. 14-12341
                    Debtor.
----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) SS.:
COUNTY OF WESTCHESTER      )

      Matthew Russell, being duly sworn, deposes:

      Deponent is not a party to the action and is over 18 years of age and is an employee of the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One North Lexington Avenue, White Plains, New York 10601.

      On the 14th day of August 2014, Deponent served a copy of the *Order Scheduling Notice of Presentment on Shortened Notice on the Debtor's Motion to Transfer Venue to the Eastern District of New York, Brooklyn Division together with Affidavit of Dawn Kirby and Debtor's Motion with exhibits thereto,* upon the parties listed on the annexed Service List "A" by depositing a true copy of same enclosed in a pre-paid wrapper in an official depository under the exclusive care and custody of Federal Express Overnight Mail and Parties on Service List "B" by the United States Postal Service in the State of New York, by overnight mail.

                                      /s/ *Matthew Russell*
                                      Matthew Russell

Sworn to before me on this
14th day of August, 2014.

*/s/ Bryn A. Leonardo*
Bryn A. Leonardo
Notary Public ~ State of New York

**SERVICE LIST "A"**

| | | |
|---|---|---|
| 38th Avenue Realty LLC<br>c/o Michael Freeman Esq.<br>30 E 33rd Street<br>New York, NY 10016 | Internal Revenue Service<br>Mail Stop 5 Q30.133<br>Philadelphia, PA 19101-7346 | NYC Corporation Counsel<br>100 Church Street, Room 5-240<br>Attn: Tax & Bkcy Lit. Div.<br>New York, NY 10007 |
| NYC Department of Finance<br>345 Adams Street, 3rd Floor<br>Attn: Legal Affairs Division<br>Brooklyn, NY 11201-3719 | NYS Dept of Tax & Finance<br>Bankruptcy Special Procudres<br>15 Metro Tech Center, 5th Fl.<br>Brooklyn, NY 11201 | United States Attorney<br>One St. Andrew's Plaza<br>Claims Unit-Room 417<br>New York, NY 10007 |
| Office of the U.S. Trustee<br>US Federal Office Building<br>201 Varick Street, Ste 1006<br>New York, NY 10014 | Parking Violations Bureau<br>210 Joralemon Avenue<br>Brooklyn, NY 11201 | Security Exchange Comm<br>The Woolworth Building<br>233 Broadway- John Murray<br>New York, NY 10279 |

**SERVICE LIST "B"**

NYS Unemployment
Insurance Fund
P.O. Box 551
Albany, NY 12201