**B9F (Official Form 9F)** (Chapter 11 Corporation/Partnership Asset Case) (12/12)     Case Number **14−12341−mg**

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

# Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on August 12, 2014.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in this case may be reviewed on the court's Electronic Case File System (ECF) using a PACER login and password at www.nysb.uscourts.gov or at any of the three divisions of the court during posted business hours.
NOTE:  The staff of the bankruptcy clerk's office and the U.S. trustee cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Shirokia Development, LLC
c/o Hong Qin Jiang
36−20 210th Street
Bayside, NY 11361

| Case Number:<br>14−12341−mg | Taxpayer ID/Employer ID/Other Nos.:<br>11−3738971 |
|---|---|

Attorney for Debtor(s) (name and address):
Dawn Kirby Arnold
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
One North Lexington Avenue
White Plains, NY 10601
Telephone number:  (914) 681−0200

## Meeting of Creditors
Date: **September 18, 2014**        Time: **02:30 PM**

Location:  **Office of the United States Trustee, 80 Broad Street, Fourth Floor, New York, NY 10004−1408**

Where, pursuant to 11 U.S.C. § 341(e), the Court has signed an order waiving the requirements of holding a § 341(a) meeting of creditors, there will be no meeting scheduled and the above section will be blank. Please refer to the reverse side of this document under "Meeting of Creditors" for more information.

## Deadlines to File a Proof of Claim
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

Notice of deadline will be sent at a later time.

*Please read the information under "Claims" on the reverse side.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>One Bowling Green<br>New York, NY 10004−1408<br>Telephone number:  212−668−2870 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Vito Genna |
|---|---|
| Hours Open:  Monday – Friday 8:30 AM – 5:00 PM | Date:  August 13, 2014 |

## EXPLANATIONS   B9F (Official Form 9F) (12/12)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office and the U.S. trustee cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. **A Proof of Claim form (Official Form B10) has not been included with this notice but one is available online at www.uscourts.gov and on the court's website at www.nysb.uscourts.gov. All Proofs of Claim must be filed electronically on the Court's website or mailed to the court at the address listed on the front side of this notice.** You may look at the schedules that have been or will be filed at the bankruptcy clerk's office or online with a PACER login and password at www.nysb.uscourts.gov. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

—— Refer to Other Side for Important Deadlines and Notices ——

United States Bankruptcy Court
Southern District of New York

In re:                                                                                  Case No. 14-12341-mg
Shirokia Development, LLC                                                               Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-1          User: brichards            Page 1 of 1            Date Rcvd: Aug 13, 2014
                              Form ID: b9f               Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2014.
```
db            +Shirokia Development, LLC,   c/o Hong Qin Jiang,   36-20 210th Street,   Bayside, NY 11361-1414
smg            N.Y. State Unemployment Insurance Fund,   P.O. Box 551,   Albany, NY 12201-0551
smg            New York City Dept. Of Finance,   345 Adams Street, 3rd Floor,
               Attn: Legal Affairs - Devora Cohn,   Brooklyn, NY 11201-3719
smg            New York State Tax Commission,   Bankruptcy/Special Procedures Section,   P.O. Box 5300,
               Albany, NY 12205-0300
smg           +United States Attorney's Office,   Southern District of New York,
               Attention: Tax & Bankruptcy Unit,   86 Chambers Street, Third Floor,   New York, NY 10007-1825
6546326       +38TH AVENUE REALTY LLC,   C/O MICHAEL FREEMAN ESQ.,   30 E 33RD STREET,   NEW YORK, NY 10016-5337
6546328       +NYC CORPORATION COUNSEL,   100 CHURCH STREET, ROOM 5-240,   ATTN: TAX & BKCY LIT. DIV.,
               NEW YORK, NY 10007-2601
6546329        NYC DEPARTMENT OF FINANCE,   345 ADAMS STREET, 3RD FLOOR,   ATTN: LEGAL AFFAIRS DIVISION,
               BROOKLYN, NY 11201-3719
6546330       +NYS DEPT OF TAX & FINANCE,   BANKRUPTCY SPECIAL PROCUDRES,   15 METRO TECH CENTER, 5TH FL.,
               BROOKLYN, NY 11201-3826
6546331       +NYS UNEMPLOYMENT,   INSURANCE FUND,   P.O. BOX 551,   ALBANY, NY 12201-0551
6546333       +PARKING VIOLATIONS BUREAU,   210 JORALEMON AVENUE,   BROOKLYN, NY 11201-3745
6546335       +UNITED STATES ATTORNEY,   ONE ST. ANDREW'S PLAZA,   CLAIMS UNIT-ROOM 417,
               NEW YORK, NY 10007-1701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: dkirby@ddw-law.com Aug 13 2014 19:09:36    Dawn Kirby Arnold,
               DelBello Donnellan Weingarten Wise & Wie,   One North Lexington Avenue,
               White Plains, NY 10601
ust           +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Aug 13 2014 19:09:38    United States Trustee,
               Office of the United States Trustee,   U.S. Federal Office Building,
               201 Varick Street, Room 1006,   New York, NY 10014-9449
6546327        EDI: IRS.COM Aug 13 2014 19:13:00    INTERNAL REVENUE SERVICE,   PO BOX 7346,
               PHILADELPHIA, PA 19101-7346
6546332       +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Aug 13 2014 19:09:38    OFFICE OF THE U.S. TRUSTEE,
               US FEDERAL OFFICE BUILDING,   201 VARICK STREET, STE 1006,   NEW YORK, NY 10014-9449
6546334        E-mail/Text: nyrobankruptcy@sec.gov Aug 13 2014 19:09:40    SECURITY EXCHANGE COMM,
               THE WOOLWORTH BUILDING,   233 BROADWAY- JOHN MURRAY,   NEW YORK, NY 10279
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6546325         RECEIVER HAS INFORMATION***
smg*            Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2014 at the address(es) listed below:
```
              Dawn Kirby Arnold    on behalf of Debtor    Shirokia Development, LLC dkirby@ddw-law.com,
               btepper@ddw-law.com
                                                                                             TOTAL: 1
```