UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| In Re: | **CHAPTER 11** |
| SHIROKIA DEVELOPMENT, LLC. | **Case No. 14-12341-MG** |
| Debtor. | **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS PURSUANT TO RULE 9010(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** |

------------------------------------------------------------X

38TH AVENUE REALTY LLC., by it's attorney, JAMES P. PAGANO, ESQ., respectfully represents the following:

1. That it is a creditor and party in interest in the above-captioned Chapter 11 case.

2. That it hereby requests that all notices of all matters given in this case and all papers served in this case, including, but not limited to all orders, notices, applications, motions, petitions, pleadings, requests, complaints or demands, which affect the Debtor or the property of the Debtor, be sent to its counsel as follows:

> JAMES P. PAGANO, ESQ. (JPP-3447)
> 277 Broadway, Suite 108
> New York, New York 10007
> (212) 732-4740

Dated:  New York, New York
        August 18, 2014

> */s/ James P. Pagano*_____
> JAMES P. PAGANO, ESQ. (JPP-3447)
> Attorney for 38TH AVENUE REALTY LLC,
> a Creditor and Party in Interest
> 277 Broadway, Suite 108
> New York, New York 10007
> (212) 732-4740

TO:  ALL PARTIES LISTED ON ANNEXED SERVICE LIST

## SERVICE LIST

DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP.
Attorney for SHIROKIA DEVELOPMENT, LLC.
1 North Lexington Avenue
White Plains, NY 10601
Attn: DAWN KIRBY ARNOLD, ESQ.

UNITED STATES TRUSTEE
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Case No.: 1-14-12341-MG

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

SHIROKIA DEVELOPMENT. LLC.

Debtor.

**NOTICE OF APPEARANCE AND DEMAND
FOR SERVICE OF PAPERS PURSUANT TO
RULE 9010(b) OF THE FEDERAL RULES
OF BANKRUPTCY PROCEDURE**

JAMES P. PAGANO, ESQ.
Attorney for 38TH AVENUE REALTY, LLC.
a Creditor and Party in Interest
277 Broadway, Suite 108
New York, New York 10007
(212) 732-4740

To:
New York, New York
(212)
Attorney(s) for:

Service of a copy of the within                                                                            is hereby admitted.

Dated:

Attorney(s) for:

PLEASE TAKE NOTICE
Check Applicable Box

0          that the within is a (certified) true copy of a

entered in the office of the clerk of the within named Court on            200

0          that an Order of which the within is a true copy will be presented for settlement to

the Hon.        one of the Judges of the within named Court,
at
on            200  , at                    M.
Dated: