**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re:

SHIROKIA DEVELOPMENT LLC,                    Chapter 11
                                             Case No. 14-12341

                Debtor.
-----------------------------------------------------------------X

### ORDER DIRECTING CLERK OF THE COURT TO TRANSER VENUE OF THE DEBTOR'S BANKRUPTCY CASE TO EASTERN DISTRICT OF NEW YORK

**UPON** the motion of Shirokia Development LLC, the above captioned debtor (the "Debtor"), dated August 12, 2014, for entry of an order directing the Clerk of the Court to transfer the venue of the Debtor's bankruptcy case to the Eastern District of New York, and there being due and sufficient notice of the Motion; and upon the court having considered the Motion; and there being no opposition to the requested relief; and, after due deliberation, good and sufficient cause appearing, it is hereby

**ORDERED**, that the Motion is granted as provided herein; and it is further

**ORDERED,** that the Clerk of the Court is hereby directed to transfer this proceeding to the Bankruptcy Court for the Eastern District of New York pursuant to Fed. R. Bank. P. 1014(a)(2).

Dated: August 19, 2014
       New York, New York

                                               **/s/Martin Glenn**
                                               MARTIN GLENN
                                   United States Bankruptcy Judge