United States Bankruptcy Court
Southern District of New York

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 08/12/2014 at 3:53 PM and filed on 08/12/2014.

**Shirokia Development, LLC**
c/o Hong Qin Jiang
36-20 210th Street
Bayside, NY 11361
Tax ID / EIN: 11-3738971



The case was filed by the debtor's attorney:

**Dawn Kirby Arnold**
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
One North Lexington Avenue
White Plains, NY 10601
(914) 681-0200

The case was assigned case number 14-12341-mg to Judge Martin Glenn.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, One Bowling Green, New York, NY 10004-1408.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Vito Genna**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/15/2014 09:24:55 | | | |
| **PACER Login:** | us4423 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 14-12341-mg |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |