# U.S. Bankruptcy Court
# Southern District of New York (Manhattan)
# Bankruptcy Petition #: 14-12341-mg

*Assigned to:* Judge Martin Glenn
Chapter 11
Voluntary
Asset

*Date filed:* 08/12/2014
*341 meeting:* 09/18/2014

*Debtor*
**Shirokia Development, LLC**
c/o Hong Qin Jiang
36-20 210th Street
Bayside, NY 11361
QUEENS-NY
Tax ID / EIN: 11-3738971

represented by **Dawn Kirby Arnold**
DelBello Donnellan Weingarten Wise &
Wiederkehr, LLP
One North Lexington Avenue
White Plains, NY 10601
(914) 681-0200
Fax : 914-681-0288
Email: dkirby@ddw-law.com

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 08/12/2014 | 1 | Voluntary Petition (Chapter 11). Order for Relief Entered. Chapter 11 Plan due by 12/10/2014, Disclosure Statement due by 12/10/2014, Initial Case Conference due by 9/11/2014, Filed by Dawn Kirby Arnold of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP on behalf of Shirokia Development, LLC. (Arnold, Dawn) Additional attachment(s) added on 8/12/2014 (Porter, Minnie). (Entered: 08/12/2014) |
| 08/12/2014 | | Receipt of Voluntary Petition (Chapter 11)(14-12341) [misc,824] (1717.00) Filing Fee. Receipt number 10259086. Fee amount 1717.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 08/12/2014) |
| 08/12/2014 | | Judge Martin Glenn added to the case. (Ferguson, Frances). (Entered: 08/12/2014) |
| 08/13/2014 | 2 | Application to Employ DelBello, Donnellan, Weingarten, Wise & Wiederkehr, LLP as Attorneys for Debtor filed by Dawn Kirby Arnold on behalf of Shirokia Development, LLC. (Attachments: # 1 Affidavit in Support # 2 Proposed Order) (Arnold, Dawn) (Entered: 08/13/2014) |
| 08/13/2014 | 3 | Notice of 341(a) Meeting of Creditors with 341(a) meeting to be held on 9/18/2014 at 02:30 PM at 80 Broad St., 4th Floor, USTM. (Richards, Beverly). (Entered: 08/13/2014) |
| 08/14/2014 | 4 | Motion to Transfer Venue *Debtor's Motion for Entry of Order Directing Clerk of the Court to Transfer Venue of the Debtor's Bankruptcy Case to Eastern District of New York, Brooklyn Division on Shortened Notice* filed by Dawn Kirby Arnold on behalf of Shirokia Development, LLC. (Attachments: # 1 Affidavit of Dawn Kirby Arnold in Support of Debtor's Motion # 2 Exhibit "A" Proposed Order) (Arnold, Dawn) (Entered: 08/14/2014) |
| 08/14/2014 | 5 | Notice of Presentment *of Debtor's Motion for Order Directing Clerk of the Court to Transfer Venue of the Debtor's Bankruptcy Case to the Eastern District of New York, Brooklyn division on Shortened Notice* (related document(s)4) filed by Dawn Kirby Arnold on behalf of Shirokia Development, LLC. with presentment to be held on 8/19/2014 at 12:00 PM at Courtroom 501 (MG) |

| | | |
|---|---|---|
| | | (Arnold, Dawn) (Entered: 08/14/2014) |
| 08/14/2014 | 6 | Order, signed on 8/14/2014, Scheduling Notice of Presentment on Shortened Notice on the Debtor's Motion to Transfer Venue to the Eastern District of New York, Brooklyn Division. Hearing to be Held on 8/19/2014 at 3:00 PM in Courtroom 501. (related document(s)5, 4) (Anderson, Deanna) (Entered: 08/14/2014) |
| 08/15/2014 | 7 | Affidavit of Service *re: Order Scheduling Notice of Presentment on Shortened Notice on the Debtors Motion to Transfer Venue to the Eastern District of New York, Brooklyn Division together with Affidavit of Dawn Kirby and Debtors Motion with exhibits thereto* (related document(s)5, 4, 6) filed by Dawn Kirby Arnold on behalf of Shirokia Development, LLC. (Arnold, Dawn) (Entered: 08/15/2014) |
| 08/15/2014 | 8 | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # 3)) . Notice Date 08/15/2014. (Admin.) (Entered: 08/16/2014) |
| 08/19/2014 | 9 | Notice of Appearance filed by James P. Pagano on behalf of 38th Avenue Realty, LLC.. (Pagano, James) (Entered: 08/19/2014) |
| 08/20/2014 | 10 | Order, Signed on 8/19/2014, Directing Clerk of the Court to Transfer Venue of the Debtor's Bankruptcy Case to Eastern District of New York (Related Doc # 4). (Anderson, Deanna) (Entered: 08/20/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/27/2014 15:26:29 | | | |
| **PACER Login:** | us4423 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 14-12341-mg Fil or Ent: filed From: 1/1/2014 To: 8/27/2014 Doc From: 0 Doc To: 99999999 Headers: included Format: html |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |