DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorneys for the Debtor*
One North Lexington Avenue
White Plains, NY 10601
(914) 681-0200
Dawn Kirby, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re

                 Chapter 11

SHIROKIA DEVELOPMENT CORP.,    Case No. 14-44373 (nhl)

      Debtor.
-------------------------------------------------------X

**NOTICE OF AUCTION ON APRIL 2, 2015 AT 10:00 A.M.
AND SALE HEARING ON APRIL 2, 2015 AT 2:30 P.M.**

  **PLEASE TAKE NOTICE** that as set forth in the Debtor's Second Amended Plan of Reorganization [Docket No. 45] and related Errata Statement [Docket No. 57] and Second Amended Disclosure Statement [Docket No. 55] and related Errata Statement [Docket No. 56], an auction (the "Auction") of the Debtor's real property located at 142-28 38th Avenue, Queens, New York (the "Property") will take place on April 2, 2015 at 10:00 a.m. in the United States Bankruptcy Court, Courtroom 2529, 271-C Cadman Plaza East, Brooklyn, New York 11201 (the "Bankruptcy Court"), and a hearing to approve the sale of the Property in accordance with the Auction will take place before the Honorable Nancy H. Lord, United States Bankruptcy Judge, at the Bankruptcy Court, Courtroom 2529, on April 2, 2015 at 2:30 p.m.

Dated: White Plains, New York   DELBELLO DONNELLAN WEINGARTEN
    March 9, 2015       WISE & WIEDERKEHR, LLP
                *Attorneys for the Debtor*
                One North Lexington Avenue, 11th Floor
                White Plains, New York 10601
                (914) 681-0200

                By: */s/ Dawn Kirby*
                  Dawn Kirby