# United States Bankruptcy Court

Eastern District Of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

IN RE:  
  Shirokia Development, LLC  

CASE NO: 1−14−44373−nhl

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:  
  11−3738971  

CHAPTER: 11

DEBTOR(s)

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

The adjourned hearing on the Motion for Relief From Stay and the Post−Confirmation Status Hearing has been adjourned by the Court from April 2, 2015 at 2:30 P.M. to May 20, 2015 at 11:00 A.M.

Dated: April 2, 2015

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLbcn** [Blank Creditors Notice rev. 07/21/03]