UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                              Chapter 11
                                                                    Case No.  14-44373 (NHL)
SHIROKIA DEVELOPMENT CORP.,

                            Debtor.
-------------------------------------------------------------X

## ORDER GRANTING FINAL DECREE

**UPON** the filing of an Application by the above-captioned debtor (the "Debtor"), by its attorneys, DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, for a Final Decree closing the above captioned chapter 11 case, and it appearing that substantial consummation of the Debtor's Chapter 11 Plan of reorganization within the meaning of 11 U.S.C. §1101(2) having duly occurred, it is hereby

**ORDERED,** that the Chapter 11 case of the above-captioned Debtor is hereby closed; and

**ORDERED**, that the Debtor shall pay the office of the United States Trustee the appropriate amount of any quarterly fees due pursuant to 28 U.S.C.§1930 and any applicable interest due pursuant to 31 U.S.C. §3717 which fees and interest shall be paid within 10 days from the entry of this final decree, and the Debtor shall simultaneously provide to the Office of the Unites States Trustee the appropriate affidavit indicating a cash disbursement, if any, for the relevant period.

NO OBJECTION:

*/s/ Marylou Martin*
_____
OFICE OF UNITED STATES TRUSTEE
Dated: December 22, 2015



**Dated: December 23, 2015**                                                      **Nancy Hershey Lord**
        **Brooklyn, New York**                                        **United States Bankruptcy Judge**